FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2025 ★
LONG ISLAND OFFICE

AXB
F. #2025R00068

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARCELLA MARRA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 25-CR- ( )

CR-25 0288

BULSARA, J.

WICKS, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant MARCELLA MARRA's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Central Islip, New York
September 22, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: *Anthony Bagnuola*
Anthony Bagnuola
Assistant United States Attorney
(631) 715-7849

Cc: Clerk of the Court
Raymond Perini, Esq.