FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2025 ★
LONG ISLAND OFFICE

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. Marcella Marra

2. Related Magistrate Docket Number(s): CR-25 0288

BULSARA, J.

3. Arrest Date: N/A

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

WICKS, M.J.

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):__________

6. Projected Length of Trial: Less than 6 weeks ☒
   More than 6 weeks ☐

7. County in which crime was allegedly committed: Nassau/Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1] ☐ Yes ☒ No

9. Has this indictment/information been ordered sealed? ☐ Yes ☒ No

10. Have arrest warrants been ordered? ☐ Yes ☒ No

11. Is there a capital count included in the indictment? ☐ Yes ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By: *Anthony Bagnuola*
Anthony Bagnuola
Assistant U.S. Attorney
anthony.bagnuola@usdoj.gov
718-254-7849

---

1 Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25