**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AXB
F. #2025R00068

*610 Federal Plaza*
*Central Islip, New York 11722*

October 1, 2025

By ECF

Hon. Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Marcella Marra
Criminal Docket No. 25-288 (SJB)

Dear Judge Bulsara:

As discussed during today's proceedings in the above-captioned matter, the government encloses herewith an Elements Sheet that bears the wet signature of the undersigned Assistant U.S. Attorney. We will endeavor to ensure that future filings are appropriately signed.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: ______________________________
Anthony Bagnuola
Assistant U.S. Attorney
(631) 715-7849

Enclosure

cc: Clerk of Court (SJB) (via ECF and email)
Counsel of Record (via ECF and email)