AXB
F. #2025R00068

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

MARCELLA MARRA,

Defendant.

– – – – – – – – – – – – – – – – – – – X

<u>ELEMENTS SHEET</u>

25-CR-288 (SJB) (JMW)

Defendant MARCELLA MARRA intends to waive indictment and, pursuant to a Plea Agreement, enter a plea of guilty to a one-count information charging her with wire fraud, in violation of 18 U.S.C. § 1343. The elements of that offense are as follows:

*First*, that there was a scheme or artifice to defraud or to obtain money or property by materially false and fraudulent pretenses, representations or promises.

*Second*, that the defendant knowingly and willfully participated in the scheme or artifice to defraud, with knowledge of its fraudulent nature and with specific intent to defraud, or that she knowingly and intentionally aided and abetted others in the scheme.

*Third*, that in execution of that scheme, the defendant used or caused the use of interstate wires.[1]

Dated: Central Islip, New York
September 26, 2025

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Anthony Bagnuola
Assistant United States Attorney
(631) 715-7849

1 Adapted from 2 Modern Federal Jury Instructions—Criminal ¶ 44.01, Instruction 44-3; *see also United States v. Gatto*, 986 F.3d 104, 113 (2d Cir. 2021) ("To convict a defendant of wire fraud, the government must prove beyond a reasonable doubt: '(1) a scheme to defraud, (2) money or property as the object of the scheme, and (3) use of the . . . wires to further the scheme.'" (quoting *United States v. Binday*, 804 F.3d 558, 569 (2d Cir. 2015))).