AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
MARCELLA MARRA
*Defendant*

Case No. 25-CR-288 (SJB) (JMW)

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/01/2025

Marcella Marra
*Defendant's signature*

RAP
*Signature of defendant's attorney*

Raymond Perini, Esq.
*Printed name of defendant's attorney*

/s/ Sanket J. Bulsara 10/01/2025
*Judge's signature*

Hon. Sanket J. Bulsara, U.S. District Judge
*Judge's printed name and title*

COURT'S
EXHIBIT NO. #1
IDENTIFICATION/EVIDENCE
DKT. # 25-cr-288
DATE: 10/01/25