CMM:AXB
F. #2025R00068

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARCELLA MARRA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. CR-25 0288
(T. 18, U.S.C., §§ 981(a)(1)(C), 1343 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

BULSARA, J.

WICKS, M.J.

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

1. The defendant MARCELLA MARRA was a resident of Melville, New York. MARRA was employed as the Controller for Company #1, the identity of which is known to the United States Attorney. Company #1 was in the business of manufacturing and distributing bandages and other first-aid products. As Controller, MARRA oversaw the day-to-day financial operations of Company #1.

2. In connection with her employment, the defendant MARCELLA MARRA was provided access to Visa cards that were linked to an account controlled by Company #1 (the "Corporate Cards"). The Corporate Cards were intended for certain business-related expenses and Company #1 paid the associated balances. In her capacity as Controller, MARRA controlled how transactions involving the Corporate Cards were reflected in Company #1's electronic recordkeeping systems.

3.  The defendant MARCELLA MARRA planned and executed a scheme to defraud Company #1 by repeatedly using the Corporate Cards for unauthorized personal expenses. To avoid detection, MARRA concealed the unauthorized nature of those transactions by falsely characterizing them as business-related expenses in Company #1's electronic recordkeeping systems. In reliance upon these fabricated descriptions, Company #1 repeatedly paid the balance associated with the Corporate Cards. In this way, MARRA fraudulently induced Company #1 to make wire transfers exceeding $1.5 million for MARRA's personal benefit.

## WIRE FRAUD

4.  In or about and between October 2020 and January 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MARCELLA MARRA did knowingly and intentionally devise a scheme and artifice to defraud Company #1, an entity the identity of which is known to the United States Attorney, and to obtain money and property from Company #1 by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, one or more writings, signs, signals, pictures and sounds, to wit: false financial records and electronic wire transfers.

(Title 18, United States Code, Sections 1343 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

5.  The United States hereby gives notice to the defendant that, upon her conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

      6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 22 2025 ★

LONG ISLAND OFFICE