**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KCM
F. #2025R00068

*610 Federal Plaza*
*Central Islip, New York 11722*

August 6, 2026

By Email and ECF

The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Marcella Marra
Criminal Docket No. 25-288 (SJB)

Dear Judge Bulsara:

The government respectfully submits this letter to request a brief 15-day extension to submit its sentencing memorandum and a 30-day adjournment of the current sentencing date. This is the government's first extension request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Kaitlin C. McTague
Kaitlin C. McTague
Assistant U.S. Attorney
(631) 715-7878

cc: Clerk of the Court (GRB) (by ECF)
Raymond Perrini, Esq. (by Email and ECF)