# PERINI & HOERGER

ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

RAYMOND G. PERINI
MAUREEN S. HOERGER

(631)232-2224
FAX (631)232-2344


Hon. Sanket Bulsara
United States District Court
Eastern District of NewYork
Federal Courthouse
Central Islip, New York 11722

August 7, 2026

Dear Judge Bulsara,

Re: **United States v. Marcella Marra**
25-CR-288-SJB

The defendant has no objection to AUSA McTeague's motion for an extension of time.

Sincerely,
PERINI & HOERGER

RAYMOND G. PERINI