**PERINI & HOERGER**
**ATTORNEYS AT LAW**
**1770 MOTOR PARKWAY**
**SUITE 300**
**ISLANDIA, NEW YORK 11749**

**RAYMOND G. PERINI**
**MAUREEN S. HOERGER**

**(631)232-2224**
**FAX (631)232-2344**

The application is X granted
___ denied.

*/s/ Sanket J. Bulsara*
Sanket Bulsara, U.S.D.J.
Dated: 10/13/26
Central Islip, New York

Hon. Sanket Bulsara
United States District Court
Eastern District of NewYorkebruary
Federal Courthouse
Central Islip, New York 11722

October 9, 2026

Dear Judge Bulsara,

Re: **United States v. Marcella Marra**
25-CR-288-SJB

I write to request that Ms. Marra's surrender date to the BOP be advanced to December 1, 2026 from the previous date of February 1, 2027. AUSA McTeague has no objection.

Thank you for your attention to this matter.

Sincerely,
PERINI & HOERGER

RAYMOND G. PERINI

Cc: AUSA McTeague via ecf